UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE MANLEY,

        Petitioner,

v.                                    Case No. 2:12-CV-14324

CINDI CURTIN,

        Respondent.
                                    /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Motion to Lift Stay," dated August 31, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Cindi Curtin and against Petitioner Deandre Manley. Dated at Detroit, Michigan, this 31st day of August 2014.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                             By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland