**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEANDRE MANLEY,

        Petitioner,

                                        Case No: 12-14324-DT

vs.

CINDI CURTIN,

        Respondent.

_____/

**ORDER GRANTING APPLICATION TO PROCEED**
**ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS**

The Petitioner has filed an "Application to Proceed Without Prepayment of Fees" on September 29, 2014 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Petitioner's "Application to Proceed without Prepayment of Fees" is **GRANTED.**

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 29, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 29, 2014, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522